Rec'd Cert. Mail
6.3.19 (LT)

Filed
D.C. Superior Court
05/21/2019 15:38AM
Clerk of the Court

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | | |
|---|---|---|
| Tanya Rice<br>1816 Alabama Ave, SE<br>Washington, DC 20024 | * | |
| | * | Case Number: 2019 CA 003309 B |
| Plaintiff | * | |
| vs. | | |
| Washington Metro Area Transit Authority<br>600 Fifth Street, NW<br>Washington, DC 20001 | * | |
| | * | |
| Co-Defendant | * | |
| AND | * | |
| Tamara Rice<br>517 Peabody Street, NE<br>Washington, DC 20011 | * | |
| | * | |
| Co-Defendant | * | |

## STATEMENT OF CLAIMS

Come now the Plaintiff, Tanya Rice, by and through her attorneys, Samuel B. Scott and Christian, Ashin & Brown, P.C., and hereby file suit against the Defendants, WMATA (hereinafter "WMATA") and Tamara Rice, and as grounds in support thereof, the Plaintiff state as follows:

1. Jurisdiction is vested in this Honorable Court in that the tortious acts all occurred in the District of Columbia, and the amount in controversy is over FIVE THOUSAND DOLLARS ($5,000.00).

## COUNT I

2. On or about September 14, 2017, the Plaintiff, Tanya Rice, was a passenger in the his motor vehicle operated by Defendant Tamara Rice, when the vehicle operated by an

agent of the Defendant, WMATA, negligently collided with the vehicle containing the Plaintiff, thereby causing the Plaintiff to sustain severe and permanent personal injuries.

3. That at all times applicable herein, the Plaintiff acted in a safe, reasonable, and non-negligent manner.

4. Defendant WMATA is responsible for the negligence of its employee via *Respondeat Superior*, insofar as Defendant WMATA benefits financially from the employment, servitude and/or agency.

5. That on the date in question, the Defendant was negligent in the operation of his motor vehicle, in that he failed to pay full time and attention to operating his motor vehicle, failed to maintain an assured clear distance ahead, operated his vehicle at a speed greater than reasonable under the circumstances, failed to obey the traffic laws and regulations then and there in full force and effect in District of Columbia, and otherwise failed to operate his/her motor vehicle in a safe and reasonable manner.

6. As the direct, sole and proximate result of the aforesaid negligence of the Defendant, the Plaintiff Rice sustained serious personal injuries to, but not limited to, her neck, back, hip, leg, lost time from gainful employment, suffered pain, anguish, damage to his property, and other significant consequential damages, and continues to suffer such damages, in the sum of THIRTY THOUSAND DOLLARS ($30,000.00).

## COUNT II

7. Plaintiff incorporates any statement made above as those restated here.

8. On or about September 14, 2017, the Plaintiff, Tanya Rice, was a passenger in the his motor vehicle operated by Defendant Tamara Rice, when the vehicle operated by the Defendant Tamara Rice negligently collided with another vehicle thereby causing the Plaintiff to sustain severe and permanent personal injuries.

9. That at all times applicable herein, the Plaintiff acted in a safe, reasonable, and non-negligent manner.

10. That on the date in question, the Defendant was negligent in the operation of her motor vehicle, in that he failed to pay full time and attention to operating his motor vehicle, failed to maintain an assured clear distance ahead, operated his vehicle at a speed greater than reasonable under the circumstances, failed to obey the traffic laws and regulations then and there in full force and effect in District of Columbia, and otherwise failed to operate his/her motor vehicle in a safe and reasonable manner.

11. As the direct, sole and proximate result of the aforesaid negligence of the Defendant, the Plaintiff Rice sustained serious personal injuries to, but not limited to, her neck, back, hip, leg, lost time from gainful employment, suffered pain, anguish, damage to his property, and other significant consequential damages, and continues to suffer such damages, in the sum of THIRTY THOUSAND DOLLARS ($30,000.00).

**WHEREFORE**, the Plaintiff, Tanya Rice, prays that this Honorable Court enter judgment against the Defendants, WMATA and Tamara Rice, jointly and severally, in the sum of THIRTY THOUSAND DOLLARS ($30,000.00), plus costs of this suit and interest.

**Christian, Ashin & Brown, P.C.**

_/s/ Samuel B. Scott_
Samuel B. Scott, Esq., #198648
Attorney for the Plaintiff
7305 Baltimore Ave, Suite 305
College Park, Maryland 20740
301-277-9171

# CHRISTIAN, ASHIN & BROWN, P.C.
Attorneys at Law

---

7305 Baltimore Avenue • Suite 305 • College Park, Maryland 20740
Tel (301) 277-9171 • Fax (301) 699-1068
www.dcmetroinjurylaw.com

Paul S. Christian
Jeffery G. Ashin
Timothy D. Brown

Daniel G. Bastien
Samuel B. Scott
Jason B. Denardo

May 22, 2019

**<u>Via Certified Mail</u>**
Washington Metro Area Transit Authority
600 Fifth Street, NW
Washington, DC 20024

Re: ***Tanya Rice vs. Washington Metro Area Transit Authority & Tamara Rice***
Case Number: 2019CA003309

Dear Sir/Madam:

Enclosed please find the Writ of Summons, Statement of Claims, Information Sheet, to be served upon the Defendant Washington Metro Area Transit Authority

If you have any further questions regarding this matter, please do not hesitate to contact my office.

Very truly yours,

Samuel B. Scott

SBS/cog
Enclosure